## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARK PHILLIPS and REBECCA PHILLIPS, ) | | 3:12-cv-00013-RCJ-WGC |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| vs. ) | | |
| ) | | May 22, 2013 |
| FIRST HORIZON HOME LOAN ) | | |
| CORPORATION, et al., ) | | |
| Defendants ) | | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER:  <u>NONE APPEARING     </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING               </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

On April 29, 2013, Plaintiffs filed a Motion to Compel (Doc. # 57). Subsequently, on May 21, 2013, Plaintiffs filed a Motion to Withdraw their motion to compel (Doc. # 60).

Good cause appearing, Plaintiffs' Motion to Withdraw Motion to Compel (Doc. # 60) is **GRANTED.** Plaintiff's Motion to Compel Discovery (Doc. # 57) is therefore **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>        /s/                              </u>
     Deputy Clerk