## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK PHILLIPS and REBECCA PHILLIPS, | 3:12-cv-00013-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | May 22, 2013 |
| FIRST HORIZON HOME LOAN CORPORATION, et al., | |
| Defendants | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On April 29, 2013, Plaintiffs filed a Motion to Compel (Doc. # 57). Subsequently, on May 21, 2013, Plaintiffs filed a Motion to Withdraw their motion to compel (Doc. # 60).

Good cause appearing, Plaintiffs' Motion to Withdraw Motion to Compel (Doc. # 60) is **GRANTED.**  Plaintiff's Motion to Compel Discovery (Doc. # 57) is therefore **DENIED as moot.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
 Deputy Clerk